BRYAN H. HECKENLIVELY (State Bar No. 279140)
Bryan.Heckenlively@mto.com
JOHN B. MAJOR (State Bar No. 306416)
John.Major@mto.com
JING JIN (State Bar No. 343210)
Jing.Jin@mto.com
HELEN E. WHITE (*pro hac vice forthcoming*)
Helen.White@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

CHARLES F. ROBINSON (State Bar No. 113197)
General Counsel
RHONDA GOLDSTEIN (State Bar No. 250387)
Deputy General Counsel
KATHARINE ESSICK (State Bar No. 219426)
Katharine.Essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-9800
Telephone:    (510) 987-9800
Facsimile:    (510) 987-9757

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN D. HALTIGAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHAEL V. DRAKE, in his official capacity as President of the University of California; CYNTHIA K. LARIVE, in her official capacity as Chancellor of UC Santa Cruz; BENJAMIN C. STORM, in his official capacity as Chair of the UC Santa Cruz Psychology Department; and KATHARYNE MITCHELL, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences,<br><br>          Defendants. | Case No. 5:23-cv-02437-EJD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff John D. Haltigan and Defendants Michael V. Drake, Cynthia K. Larive, Benjamin C. Storm, and Katharyne Mitchell, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on May 18, 2023;

WHEREAS, Defendants accepted service of the Complaint on June 16, 2023;

WHEREAS, Plaintiff filed his Amended Complaint on June 19, 2023;

WHEREAS, Defendants have not yet answered or otherwise responded to the Complaint or the Amended Complaint;

WHEREAS, absent an extension of time, Defendants' deadline to answer or otherwise respond to the Amended Complaint would be on July 7, 2023;

WHEREAS, Local Rule 6-1 permits the parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint," if "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, Plaintiff has agreed to extend Defendants' time to answer or otherwise respond to the Complaint to August 7, 2023;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, Plaintiff and Defendants, through their counsel, stipulate as follows:

IT IS HEREBY STIPULATED that Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint is extended to and includes August 7, 2023.

DATED:  June 27, 2023                           MUNGER, TOLLES & OLSON LLP

                                                By:    /s/ John B. Major
                                                       JOHN B. MAJOR
                                                Attorneys for Defendants

DATED:  June 27, 2023                           PACIFIC LEGAL FOUNDATION

                                                By:    /s/ Wilson C. Freeman
                                                       WILSON C. FREEMAN
                                                Attorneys for Plaintiff John D. Haltigan

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:    */s/ John B. Major*
      JOHN B. MAJOR
      Attorney for Defendants