JOSHUA P. THOMPSON, No. 250955
Email: jthompson@pacificlegal.org
WILSON C. FREEMAN, Ariz. Bar. No. 036953*
Email: wfreeman@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JACK E. BROWN, Va. Bar No. 94680*
Email: jbrown@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*
*pro hac vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN D. HALTIGAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL V. DRAKE, in his official capacity as President of the University of California; CYNTHIA K. LARIVE, in her official capacity as Chancellor of UC Santa Cruz; BENJAMIN C. STORM, in his official capacity as Chair of the UC Santa Cruz Psychology Department; and KATHARYNE MITCHELL, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences,<br><br>Defendants. | No. 5:23-cv-02437-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila<br><br>Date:       October 12, 2023<br>Time:       9:00 a.m.<br>Courtroom: 4 |

Plaintiff and Defendants, by and through counsel, stipulate as follows:

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on June 19, 2023;

WHEREAS, Plaintiff and Defendants stipulated pursuant to Local Rule 6-1 to extend Defendants' deadline to answer or otherwise respond to the FAC until August 7, 2023;

WHEREAS, Defendants filed a Motion to Dismiss on August 7, 2023 and that motion is currently scheduled for a hearing on October 12, 2023;

WHEREAS, Plaintiff's current deadline to respond to the Motion to Dismiss is August 21, 2023;

WHEREAS, Defendants have agreed to extend Plaintiff's time to respond to the Motion to Dismiss to September 5, 2023;

WHEREAS, absent an extension, Defendants' deadline to file a reply in support of their Motion to Dismiss would be September 12, 2023;

WHEREAS, Plaintiff has agreed to extend Defendants' time to file their reply in support of the Motion to Dismiss to September 26, 2023;

WHEREAS, this stipulation will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, Plaintiff and Defendants, through their counsel, stipulate as follows:

IT IS HEREBY STIPULATED that Plaintiff's deadline to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is extended to and includes September 5, 2023.  It is further stipulated that Defendants' deadline to file their reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is extended to and includes September 26, 2023.

1  DATED: August 11, 2023.

3  **PACIFIC LEGAL FOUNDATION**  **MUNGER, TOLLES & OLSON LLP**

4  */s/ Wilson C. Freeman*  */s/ Bryan H. Heckenlively*
Wilson C. Freeman*  Bryan H. Heckenlively, CSB #279140
5  555 Capitol Mall, Suite 1290  560 Mission Street, 27th Floor
Sacramento, California 95814  San Francisco, CA 94105
6  Telephone: (916) 419-7111  Telephone: 213-683-9100

7  *Attorney for Plaintiff*  *Attorney for Defendants*
*pro hac vice

**FILERS ATTESTATION**

I, Wilson C. Freeman, am the ECF user whose identification and password is being used to file this Stipulation and Proposed Order to Extend Time and Expedite Hearing. Pursuant to Civil Local Rule 5-1(h), I hereby attest that the above-named signatories concur in and authorize this filing.

By ___*/s/ Wilson C. Freeman*___
　　　WILSON C. FREEMAN*


*Attorney for Plaintiff*
*\*pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, Opposing Counsel received the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT via CM/ECF service.

By <u>/s/ Wilson C. Freeman</u>
WILSON C. FREEMAN*

*Attorney for Plaintiff*
**pro hac vice*

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

a. Plaintiff may have until and including September 5, 2023, to respond to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

b. Defendants may have until and including September 26, 2023, to file their reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

c. The motion will be heard as currently scheduled, on October 12, 2023, at 9:00 a.m.

Dated August \_\_\_\_, 2023

_____
THE HON. EDWARD J. DAVILA