1  JOSHUA P. THOMPSON, No. 250955
   Email: jthompson@pacificlegal.org
2  WILSON C. FREEMAN, Ariz. Bar. No. 036953*
   Email: wfreeman@pacificlegal.org
3  Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
4  Sacramento, California 95814
   Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747

6  JACK E. BROWN, Va. Bar No. 94680*
   Email: jbrown@pacificlegal.org
7  Pacific Legal Foundation
   3100 Clarendon Boulevard, Suite 1000
8  Arlington, Virginia 22201
   Telephone: (202) 888-6881
9  Facsimile: (916) 419-7747

10 *Attorneys for Plaintiff*
   *pro hac vice*
11

12               **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN JOSE DIVISION**

15

16 JOHN D. HALTIGAN,                              No. 5:23-cv-02437-EJD

17                              Plaintiff,
                                                  **STIPULATION TO EXTEND TIME**
18       v.                                       **TO RESPOND TO DEFENDANTS'**
                                                  **MOTION TO DISMISS FIRST**
19 MICHAEL V. DRAKE, in his official              **AMENDED COMPLAINT; AND**
   capacity as President of the University of     **ORDER THEREON**
20 California; CYNTHIA K. LARIVE, in her
   official capacity as Chancellor of UC Santa    Judge: Hon. Edward J. Davila
21 Cruz; BENJAMIN C. STORM, in his official
   capacity as Chair of the UC Santa Cruz
22 Psychology Department; and KATHARYNE           Date:      October 12, 2023
   MITCHELL, in her official capacity as Dean     Time:      9:00 a.m.
23 of the UC Santa Cruz Division of Social        Courtroom: 4
   Sciences,
24
                              Defendants.
25

26

27

28
   Stip. to Ext. Time to Respond to D MTD
   No. 5:23-cv-02437-NC
                                    1

1      Plaintiff and Defendants, by and through counsel, stipulate as follows:

2      WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on June 19,

3  2023;

4      WHEREAS, Plaintiff and Defendants stipulated pursuant to Local Rule 6-1 to

5  extend Defendants' deadline to answer or otherwise respond to the FAC until August

6  7, 2023;

7      WHEREAS, Defendants filed a Motion to Dismiss on August 7, 2023 and that

8  motion is currently scheduled for a hearing on October 12, 2023;

9      WHEREAS, Plaintiff's current deadline to respond to the Motion to Dismiss is

10  August 21, 2023;

11      WHEREAS, Defendants have agreed to extend Plaintiff's time to respond to the

12  Motion to Dismiss to September 5, 2023;

13      WHEREAS, absent an extension, Defendants' deadline to file a reply in support

14  of their Motion to Dismiss would be September 12, 2023;

15      WHEREAS, Plaintiff has agreed to extend Defendants' time to file their reply

16  in support of the Motion to Dismiss to September 26, 2023;

17      WHEREAS, this stipulation will not alter the date of any event or deadline

18  already fixed by Court order;

19      NOW, THEREFORE, Plaintiff and Defendants, through their counsel,

20  stipulate as follows:

21      IT IS HEREBY STIPULATED that Plaintiff's deadline to respond to

22  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is extended to

23  and includes September 5, 2023.  It is further stipulated that Defendants' deadline to

24  file their reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended

25  Complaint is extended to and includes September 26, 2023.

26

27

28

1    DATED:  August 11, 2023.

2

3    **PACIFIC LEGAL FOUNDATION**          **MUNGER, TOLLES & OLSON LLP**

4    */s/ Wilson C. Freeman*               */s/ Bryan H. Heckenlively*
     Wilson C. Freeman*                    Bryan H. Heckenlively, CSB #279140
5    555 Capitol Mall, Suite 1290          560 Mission Street, 27th Floor
     Sacramento, California 95814          San Francisco, CA 94105
6    Telephone: (916) 419-7111             Telephone: 213-683-9100

7    *Attorney for Plaintiff*              *Attorney for Defendants*
     *pro hac vice*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Ext. Time to Respond to D MTD
No. 5:23-cv-02437-NC

3

**FILERS ATTESTATION**

I, Wilson C. Freeman, am the ECF user whose identification and password is being used to file this Stipulation and Proposed Order to Extend Time and Expedite Hearing. Pursuant to Civil Local Rule 5-1(h), I hereby attest that the above-named signatories concur in and authorize this filing.

By    */s/ Wilson C. Freeman*
                   WILSON C. FREEMAN*

*Attorney for Plaintiff*
*\*pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, Opposing Counsel received the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT via CM/ECF service.

By ___*/s/ Wilson C. Freeman*___
WILSON C. FREEMAN*


*Attorney for Plaintiff*
*\*pro hac vice*

1

2                                 ~~PROPOSED~~ **ORDER**

3              PURSUANT TO STIPULATION, IT IS ORDERED THAT:

4              a. Plaintiff may have until and including September 5, 2023, to respond to

5    Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

6              b. Defendants may have until and including September 26, 2023, to file their

7    reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended

8    Complaint.

9              c. The motion will be heard as currently scheduled, on October 12, 2023, at 9:00

10   a.m.

11

12
     Dated August 14, 2023
13

14                                               _____
                                                 THE HON. EDWARD J. DAVILA
15                                               United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
     Stip. to Ext. Time to Respond to D MTD
     No. 5:23-cv-02437-NC
                                        6