BRYAN H. HECKENLIVELY (State Bar No. 279140)
Bryan.Heckenlively@mto.com
JOHN B. MAJOR (State Bar No. 306416)
John.Major@mto.com
JING JIN (State Bar No. 343210)
Jing.Jin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

CHARLES F. ROBINSON (State Bar No. 113197)
RHONDA GOLDSTEIN (State Bar No. 250387)
KATHARINE ESSICK (State Bar No. 219426)
Katharine.Essick@ucop.edu
UNIVERSITY OF CALIFORNIA
Office of the General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-9800
Telephone:     (510) 987-9800
Facsimile:     (510) 987-9757

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN D. HALTIGAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL V. DRAKE, in his official capacity as President of the University of California; CYNTHIA K. LARIVE, in her official capacity as Chancellor of UC Santa Cruz; BENJAMIN C. STORM, in his official capacity as Chair of the UC Santa Cruz Psychology Department; and KATHARYNE MITCHELL, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences,<br><br>    Defendants. | Case No. 5:23-cv-02437-EJD<br><br>**JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:         Hon. Edward J. Davila<br>Action Filed:  May 18, 2023<br>Initial CMC:   September 28, 2023 |

-1-                                      Case No. 5:23-cv-02437-EJD
JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on June 19, 2023;

WHEREAS, Plaintiff and Defendants stipulated pursuant to Local Rule 6-1 to extend Defendants' deadline to answer or otherwise respond to the FAC until August 7, 2023;

WHEREAS, Defendants filed a Motion to Dismiss the FAC on August 7, 2023 and that motion is currently scheduled for a hearing on October 12, 2023;

WHEREAS, the Initial Case Management Conference in this case is currently scheduled for September 28, 2023;

WHEREAS, as scheduled, the Initial Case Management Conference will go forward before the Court has heard the Defendants' Motion to Dismiss;

WHEREAS, the Parties agree that it would be more efficient for the Initial Case Management Conference to be held after the hearing on the motion to dismiss;

WHEREAS, judicial economy favors continuing the Initial Case Management Conference;

WHEREFORE, the Parties respectfully request that the Initial Case Management Conference in this case be continued to December 7, 2023 at 10:00 a.m., or any date thereafter that is convenient for the Court, and that all deadlines associated with the Initial Case Management Conference also be continued based on the new date for the Initial Case Management Conference.

DATED: August 16, 2023

| PACIFIC LEGAL FOUNDATION | MUNGER, TOLLES & OLSON LLP |
|---|---|
| */s/ Wilson C. Freeman* | */s/ Bryan H. Heckenlively* |
| Wilson C. Freeman* | Bryan H. Heckenlively, CSB #279140 |
| 555 Capitol Mall, Suite 1290 | 560 Mission Street, 27th Floor |
| Sacramento, California 95814 | San Francisco, CA 94105 |
| Telephone: (916) 419-7111 | T: 213-683-9100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *pro hac vice | |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:     */s/ Bryan H. Heckenlively*
         BRYAN H. HECKENLIVELY
         Attorneys for Defendants

**PURSUANT TO THE JOIN REQUEST, IT IS SO ORDERED.**

Dated: _____       _____
The Honorable Edward J. Davila
United States District Court Judge