Curriculum Vitae: 9/2023

**John D. Haltigan, Ph.D.**

**Home:** ( ) 

Citizenship: United States; Canadian Permanent Residency

## ACADEMIC & SCIENTIFIC APPOINTMENTS:

2016 – 2023
Assistant Professor, University of Toronto,
Department of Psychiatry
Graduate Faculty, University of Toronto
Graduate Department of Applied Psychology and Human Development

2016 – 2023
Independent Scientist and Cundill Scholar
The Centre for Addiction and Mental Health

2013 – 2016
Postdoctoral Research Fellow, University of Ottawa,
Faculty of Education and School of Psychology

2011 – 2013
Postdoctoral Fellow, University of North Carolina at Greensboro,
Department of Human Development and Family Studies

2010 – 2011
Postdoctoral Research Associate, University of Illinois at Urbana-Champaign, Department of Psychology

## EDUCATION:

2004 – 2009
M.S., Ph.D., Developmental Psychology
University of Miami, Coral Gables, FL
Dissertation: *Emotional Communication and Attachment Security in Infants at Risk for Autism Spectrum Disorders*.

2001
M.A., Forensic Psychology
Vermont State University at Castleton, Castleton, VT
Thesis: *Attachment, Fantasy, and Antisocial Behavior: Implications for a Developmental Trajectory Model*.

1999
B.A., Psychology and Criminal Justice
Mercyhurst University, Erie, PA
(Summa Cum Laude, Departmental Honors)

**RESEARCH INTERESTS:**
The legacy of early caregiving experiences for child and adolescent development
Brain and bodily systems that mediate the effects of early social experiences on development
Evolutionary Developmental Psychopathology; life history
Measurement and classification of child and adolescent psychopathology; psychiatric nosology
Longitudinal data modeling; Generalizability Theory; mixed modeling; Item Response Theory

**AWARDS & HONORS:**

2015            Autism Research Training Program Awardee
                Canadian Institutes of Health Research (CIHR)
                *Measurement Science and Longitudinal Data Modeling in Autism*
                *Research.*
                University of Ottawa

1999            Social and Behavioral Sciences Academic Excellence Award.
                Mercyhurst University

1997 - 1998     Undergraduate Honor Societies: Kappa Gamma Pi, Psi Chi, Alpha Phi
                Sigma.
                Mercyhurst University

**TEACHING INTERESTS:**

Developmental Psychology; Developmental Psychopathology; Evolutionary Psychology;
Introduction to Psychobiology; Introductory Statistics; Structural Equation Modeling (SEM);
Hierarchical Data Modeling

**RESEARCH SUPPPORT:**

**ACTIVE**

        Centre for Addiction and Mental Health Discovery Fund
        The Toronto Adolescent and Youth (TAY) Cohort Study (https://www.taycohort.ca/)
        PI: Aristotle Voineskos
        Role: Co-Principle Investigator
        5/2021 – Current

        Canadian Institutes of Health Research SPOR Operating Grant          $3,000,000
        *Enhancing Evidence-Based Practice for Youth and Emerging Adults with Early Psychosis:*
        *Implementation and Evaluation in Diverse Service Settings*
        (Nominated PI: Aristotle Voineskos)
        Role: Co-Investigator
        4/2018 – 3/2022

National Institute of Mental Health (NIMH; 1R01 MH114879-01A1)      $1,120,131
*Social Processes Initiative in Neurobiology of Autism-Spectrum and Schizophrenia-Spectrum Disorders (SPIN-ASD)*
(PI: Stephanie Ameis)
Role: Co-Investigator
5/2018 – 5/2022

Social Sciences and Humanities Research Council (SSHRC)      $199,351
*Validation and Dissemination of an Observed Screening Tool of Maladaptive Parenting for use in Community Agencies Working with Vulnerable Children and Families*
(PI: Sheri Madigan)
Role: Co-Investigator
3/2017 – 3/2020

Miner's Lamp Innovation Fund in Prevention and Early Detection of Severe Mental Illness. University of Toronto, Department of Psychiatry.      $150,000
*Early Identification of Psychosis Spectrum Symptoms: A Novel Ascertainment Approach Through Tertiary Care Child and Youth Clinics*
(PIs: Aristotle Voineskos, Joanna Henderson)
Role: Co-Investigator
4/2016 – 3/2020

Canadian Institutes of Health Research (CIHR) Project Grant      $749,211
*The Enduring Reach of Childhood Bullying: Longitudinal Links to Adult Mental Health, Academic Achievement, and Functional Outcomes*
(PI: Tracy Vaillancourt)
Role: Co-Investigator
9/2016 – 8/2021

Social Sciences and Humanities Research Council (SSHRC)      $286,650
*The Long Reach of Childhood Bullying: Longitudinal Links to Academic Achievement and Adult Functional Outcomes*
(PI: Tracy Vaillancourt)
Role: Collaborator
3/2016 – 3/2021

## FUNDING AS A TRAINEE

Early Career Travel Award, Society for Research in Child Development (SRCD).
<u>University of North Carolina at Greensboro</u> (2013)

Fred C. and Helen Donn Flipse Dissertation Research Award
Provost Travel Award
Max and Peggy Kriloff Graduate Student Travel Scholarship
<u>University of Miami</u> (2009)

National Institute of Health: Institutional Training Grant, NICHD T32-HD007473-10
*Training in Mental Retardation & Developmental Disabilities*
University of Miami (2004-2009)

## PUBLICATIONS

### A. Peer Reviewed Journal Articles (bold font denotes research mentee).

1. Haltigan, J. D. (2023). Introduction to special section. The influence of COVID-19 pandemic policy on child and adolescent mental health: Strong signal or mostly noise? *Journal of the Canadian Academy of Child and Adolescent Psychiatry, 32,* 69-70.

2. Tiego, J., Martin, E., DeYoung, C.G., Hagan, K., Cooper, S. E.,…and members of the HiTOP Neurobiological Foundations Workgroup (in press). Precision behavioral phenotyping as a strategy for uncovering the biological correlates of psychopathology. *Nature Mental Health*. Preprint available: https://osf.io/geh6q/

3. Aiken, M., Perquier, F., Haltigan, J. D., Wang, L., Andrade, B. F., Battaglia, M., Szatmari, P., & Georgiades, K. (2023). Broad and specific: Associations between child psychopathology and parenting at the individual and family level. *Development & Psychopathology.*

4. Haltigan, J. D., Pringsheim, T., & **Rajkumar, G.** (2023). Social media as an incubator of personality & behavioral Psychopathology: Symptom and disorder authenticity or psychosomatic social contagion? *Comprehensive Psychiatry, 121,* 152362.

5. Del Giudice, M., & Haltigan, J. D. (2023). A new look at the relations between attachment and intelligence. *Developmental Review, 67,* 101054.

6. Waldman, I., King, C. D., Poore, H. E.,…Haltigan, J.D.,…and contributing members of HiTOP Quantitative Methods Workgroup. (2023). Best practices for adjudicating among alternative structural models of psychopathology. *Clinical Psychological Science, 11,* 616-640. https://doi.org/10.1177/21677026221144256

7. Laskar, J., Haltigan, J. D., & Richardson, G. (2021). Measurement Issues in Tests of the Socioecological Complexity Hypothesis. *Evolutionary Psychological Science*. doi: https://doi.org/10.1007/s40806-021-00301-0.

8. Del Giudice, M., & Haltigan, J. D. (2023). An integrative evolutionary framework for psychopathology. *Development and Psychopathology, 35,* 1-11. doi: 10.1017/S0954579421000870

9. Ameis, S., Haltigan, J. D., Lyon, R., … et al. (2021). Middle-childhood executive functioning mediates associations between early-childhood autism symptoms and adolescent mental health, academic and functional outcomes in autistic children.  doi: https://doi.org/10.1111/jcpp.13493. *Journal of Child Psychology and Psychiatry*.

10. Messinger, D., Haltigan, J. D., Ekas, N., Martin, K. B., Prince, E. B. (2021). Controversy or Consensus? A response to Green and Wan. *Developmental Science, 25, e13145.* https://doi.org/10.1111/desc.13145

11. Cicero, D., Jonas, K. G., Chmielewski, M., Martin, E. A., Docherty, A. R., Berzon, J., Haltigan, J. D., Reininghaus, U., Caspi, A., Graziolplene, R. G., & Kotov, R. (2022) Development of the thought disorder measure for the Hierarchical Taxonomy of Psychopathology. *Assessment, 29(1),* 46-61. Online ahead of print: https://doi.org/10.1177/10731911211015355

12. Khoury, J., Dimitrov, L, Bosquet Enlow, M., Haltigan, J. D., Bronfman, E., & Lyons-Ruth, K. L. R. (2021). Patterns of maternal childhood maltreatment and disrupted interaction between mothers and their four-month-old infants. *Child Maltreatment.* Online ahead of print: https://doi.org/10.1177/10775595211007567

13. Marino, C., Andrade, B., Aitken, M., Bonato, S., Haltigan, J. D., Wang, W., & Szatmari, P. (2021). Association between disturbed sleep and depression in children and youth: a systematic review and meta-analysis of cohort studies. *JAMA Network Open, 4*(3), e212373. https://doi.org/jamanetworkopen.2021.2373

14. Waters, T. E. A., Magro, S. W., Alhajeri, J., Yang, R., Groh, A., Haltigan, J. D., Holland, A., Steele, R. D., Bost, K., Owen, M. T., Vaughn, B. E., Booth-LaForce, C., & Roisman, G. I. (2021). Early child care experiences and attachment representations at age 18 years: Evidence from the NICHD Study of Early Child Care and Youth Development. *Developmental Psychology, 57*(4). https://doi.org/10.1027/dev0001165

15. Haltigan, J.D., Del Giudice, M., & **Khorsand, S**. (2021). Growing Points in Attachment Disorganization: Looking Back to Advance Forward. *Attachment and Human Development, 23,* 438-454. https://doi.org/10.1080/14616734.2021.1918454

16. Madigan, S, Eirich, R., Racine, N., Cooke, J., Borland-Kerr, C., Devereux, C., Plamondon, A., Tarabulsy, G., Cyr, C., Haltigan, John D., Bohr, Y., Bronfman, E., & Lyons-Ruth, K., &. (2020). Feasibility of training service providers on the AMBIANCE-Brief measure for use in community settings. *Infant Mental Health Journal, 42*(3), 438-451. https://doi.org/10.1002/imhj.21898

17. Haltigan, J.D., Olinio, T.M., Aitken, M. & Andrade, B. (2020). The Value of a Dimensional Nosology of Psychiatric Illness: Current Progress and New Research. *Journal of the Canadian Academy of Child and Adolescent Psychiatry, 29*(4), 253-255.

18. Kozloff, N., Foussias, G., Durbin, J., Sockalingam, S., Addington, J., Addington, D., Ampofo, A., Anderson, K. K., Barwick, M., Bromley, S., Cunningham, J., Dahrouge, S., Duda, L., Ford, C., Gallagher, S., Haltigan, J. D., Henderson, J., Jaouich, A., Miranda, D., Mitchell, P., Morin, J., de Oliveira, C., Primeau, V., Serhal, E., Soklaridis, S., Urajnik, D., Whittard, K., Zaheer, J., Kurdyak, P., & Voineskos, A. N. (2020). Early Psychosis Intervention-Spreading Evidence-based Treatment (EPI-SET): protocol for an effectiveness-implementation study of a structured model of care for psychosis in youth and emerging adults. *BMJ Open, 10*(6)*,* e034280. https://doi.org/10.1136/bmjopen-2019-034280

19. Marino, C., Andrade, B., Aitken, M., Bonato, S., Haltigan, J. D., Wang, W., & Szatmari, P. (2020). Do insomnia and/or sleep disturbances predict the onset, relapse or worsening of depression in community and clinical samples of children and youth? Protocol for a systematic review and meta-analysis. *BMJ open, 10*(8), e034606. https://doi.org/10.1136/bmjopen-2019-034606

20. Latzman, R. D., DeYoung, C. G., and The HiTOP Neurobiological Foundations Workgroup, (2020). Using empirically-derived dimensional phenotypes to accelerate clinical neuroscience: The Hierarchical Taxonomy of Psychopathology (HiTOP) framework. *Neuropsychopharmacology, 45*(7)*,* 1083-1085. https://doi.org/10.1038/s41386-020-0639-6

21. Martin, K. B., Haltigan, J. D., Ekas, N., Prince, E. B., & Messinger, D. S. (2020). Attachment security differs by autism spectrum disorder: A prospective study. *Developmental Science, 23*(5), e12953. https://doi.org/10.1111/desc.12953

22. Perkins, E. R., Joyner, K. J., Patrick, C. J., Bartholow, B. D., Latzman, R. D., DeYoung, C. G., Kotov, R., Reininghaus, U., Cooper, S. E., Afzali, M. H., Docherty, A. R., Dretsch, M. N., Eaton, N. R., Goghari, V. M., Haltigan, J. D., Krueger, R. F., Martin, E. A., Michelini, G., Ruocco, A. C., Tackett, J. L., Venables, N. C., Waldman, I. D., & Zald, D. H. (2020). Neurobiology and the Hierarchical Taxonomy of Psychopathology: Progress toward ontogenetically informed and clinically useful nosology. *Dialogues in Clinical Neuroscience, 22*(1)*,* 51-63. https://doi.org/10.31887/DCNS.2020.22.1/eperkins

23. Aitken, M., Haltigan, J. D., Szatmari, P., Dubicka, B., Fonagy, P., Kelvin, R., Midgley, N., Reynolds, S., Wilkinson, P. O., & Goodyer, I. M. (2020). Toward precision therapeutics: General and specific factors differentiate symptom change in depressed adolescents. *Journal of Child Psychology and Psychiatry, 61*(9), 998-1008. https://doi.org/10.1111/jcpp.13194

24. Ruggero, C. J., Kotov, R., Hopwood, C. J., First, M., Clark, L. A., Skodol, A. E., Mullins-Sweatt, S. N., Patrick, C. J., Bach, B., Cicero, D. C., Dochtery, A., Simms, L. J., Bagby, R. M., Krueger, R. F., Callahan, J.L., Chmielewski, M., Conway, C. C., DeClercq, B. J., Dornbach-Bender, A., Eaton, N. R., Forbes, M. K., Forbush, K. T., Haltigan, J. D., Miller, J. D., Morey, L. C., Patalay, P., Regier, D. A., Reininghaus, U., Shackman, A. J., Waszczuk, M. A., Watson, D., Wright, A. G. C., & Zimmerman, J. (2019). Integrating the Hierarchical Taxonomy of Psychopathology (HiTOP) into clinical practice. *Journal of Consulting and Clinical Psychology, 87*(12)*,* 1069-1084. https://doi.org/10.1037/ccp0000452

25. Haltigan, J. D., Roisman, G. I., Groh, A. G., Holland, A. S., Booth-LaForce, C., Rogosch, F., & Cicchetti, D. (2019). Antecedents of Attachment States of Mind in Normative-Risk and High-Risk Caregiving: Cross-Race and Cross-Sex Generalizability in Two Longitudinal Studies. *Journal of Child Psychology and Psychiatry, 60*(12), 1309-1322. https://doi.org/10.1111/jcpp.13086

26. Haltigan, J.D. (2019). Invited editorial: Putting practicality into "P": Leveraging general factor models of psychopathology in clinical intervention. *Journal of the American Academy of Child and Adolescent Psychiatry, 58*(8), 751-753. https://doi.org/j.jaac.2019.03.005

27. Oliver, L. D., Haltigan, J. D., Gold, J. M., Foussias, G., DeRosse, P., Buchanan, R. W., Malhotra, A. K., & Voineskos, A. N. (2019). Lower- and higher-level social cognitive factors across individuals with schizophrenia spectrum disorders and healthy controls: Relationship with neurocognition and functional outcome. *Schizophrenia Bulletin, 45*(3), 629-638. https://doi.org/10.1093/schbul/sby114

28. Haltigan, J. D., Madigan, S., Bronfman, E., Bailey, H., Borland-Kerr, C., Mills-Koonce, R., & Lyons-Ruth, K. (2019). Refining the assessment of disrupted maternal communication: Using item response models to identify central indicators of disrupted maternal behavior. *Development & Psychopathology, 31*(1), 261-277. https://doi.org/10.1017/S0954579417001778

29. Krueger, R. F., Kotov, R., Watson, D., Forbes, M. K., Eaton, N. R., Ruggero, C. J., Simms, L. J., Widiger, T. A., Achenbach, T. M., Bach, B., Bagby, R. M., Bornovalova, M. A., Carpenter, W. T., Chmielewski, M., Cicero, D., Clark, L. A., Conway, C., DeClercq, B., DeYoung, C. G., Docherty, A. R., Drislane, L. E., First, M. B., Forbush, K. T., Hallquist, M., Haltigan, J. D., Hopwood, C. J., Ivanova, M. Y., Jonas, K. G., Latzman, R. D., Markon, K. E., Miller, J. D., Morey, L. C., Mullins-Sweatt, S. N., Ormel, J., Patalay, P., Patrick, C. J., Pincus, A. L., Regier, D. A., Reininghaus, U., Rescorla, L. A., Samuel, D. B., Sellbom, M., Shackman, A. J., Skodol, A., Slade, T., South, S. C., Sunderland, M., Tackett, J. L., Venables, N. C., Waldman, I. D., Waszczuk, M. A., Waugh, M. H., Wright, A. G. C., Zald, D. H. & Zimmerman, J. (2018). Progress in achieving quantitative classification of psychopathology. *World Psychiatry, 17*(3), 282-293. https://doi.org/10.1002/wps.20566

30. Haltigan, J. D., Aitken, M. A., Skilling, T., Henderson, J., Hawke, L., Battaglia, M., Strauss, J., Szatmari, P., & Andrade, B. F. (2018). "P" and "DP": Examining Symptom-Level Bifactor Models of Psychopathology in Clinically Referred Children and Adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry, 57*(6), 384-396. https://doi.org/10.1016/j.jaac.2018.03.010

31. Widiger, T. A., Bach, B., Chmielewski, M., Clark, L. A., DeYoung, C., Hopwood, C. J., Kotov, R., Krueger, R. F., Miller, J. D., Morey, L. C., Mullins-Sweatt, S. N., Patrick, C. J., Pincus, A. L., Samuel, D. B., Sellbom, M., South, S. C., Tackett, J. L., Watson, D., Waugh, M. H., Wright, A. G. C., Zimmermann, J., Bagby, R. M., Cicero, D. C., Conway, C. C., De Clercq, B., Docherty, A. R., Eaton, N. R., Forbush, K. T., Haltigan, J. D., Ivanova, M. Y., Latzman, R. D., Lynam, D. R., Markon, K. E., Reininghaus, U., & Thomas, K. M. (2018).

Criterion A of the AMPD in HiTOP. *Journal of Personality Assessment, 101*(4), 345-355. https://doi.org/10.1080/00223891.2018.1465431

32. Vaillancourt, T. V., & Haltigan, J. D. (2018). Joint trajectories of depression and perfectionism across adolescence and their childhood risk factors. *Development and Psychopathology, 30*(2), 461-477. https://doi.org/10.1017/S0954579417000979

33. Vaillancourt, T. V., Brittain, H., Haltigan, J. D., Ostrov, J., & Muir, C. (2018). Cortisol moderates the relation between peer victimization and aggression in preschoolers attending high quality daycares: Evidence of differential susceptibility. *Merrill-Palmer Quarterly, 64*(1), 101-134. https://doi.org/10.13110/merrpalmquar1982.64.1.0101

34. Haltigan, J. D., & Vaillancourt, T. V. (2018). The influence of static and dynamic intrapersonal factors on longitudinal patterns of peer victimization through mid-adolescence: A latent transition approach. *Journal of Abnormal Child Psychology, 46*(1), 11-26. https://doi.org/10.1007/s10802-017-0342-1

35. Roisman, G. I., Rogosch, F. A., Cicchetti, D., Groh, A. M., Haltigan, J. D., Haydon, K. C., Holland, A. S., & Steele, R. D. (2017). Attachment states of mind and inferred childhood experiences in maltreated and comparison adolescents from low-income families. *Development and Psychopathology, 29*(2), 337-345. https://doi.org/10.1017/S0954579417000025

36. Haltigan, J. D., Roisman, G. I., Cauffman, E., & Booth-LaForce, C. (2017). Correlates of childhood vs. adolescence internalizing symptomatology from infancy to young adulthood. *Journal of Youth and Adolescence, 46*(1), 197-212. https://doi.org/10.1007/s10964-016-0578-z

37. Vaillancourt, T., Haltigan, J. D., Smith, I. M., Zwaigenbaum, L., Szatmari, P., Duku, E., Fombonne, E., et al. (2017). Joint trajectories of internalizing and externalizing problems in preschool children with Autism Spectrum Disorder. *Development and Psychopathology, 29*(1), 203-214. https://doi.org/10.1017/S0954579416000043

38. Haltigan, J. D., & Vaillancourt, T. V. (2016). The Borderline Personality Features Scale for Children (BPFS-C): Factor structure and measurement invariance across time and sex in a community-based sample. *Psychopathology and Behavioral Assessment, 38,* 600-614. https://doi.org/10.1007/s10862-016-9550-1

39. Behrens, K., Haltigan, J. D., & Gribneau-Bahm, N. I. (2016). Infant attachment, adult attachment, and maternal sensitivity: Revisiting the intergenerational transmission gap. *Attachment and Human Development, 18*(4), 337-353. https://doi.org/10.1080/14616734.2016.1167095

40. Roisman, G. I., Fraley, R. C., Haltigan, J. D., Cauffman, E., & Booth-LaForce, C. (2016). Strategic considerations in the search for transactional processes: Methods for detecting and quantifying transactional signals in longitudinal data. *Development and Psychopathology, 28*(3), 791-800. https://doi.org/10.1017/S0954579416000316

41. Haltigan, J. D., & Vaillancourt, T. (2016). Identifying trajectories of borderline personality features in early adolescence: Antecedent and interactive risk factors. *The Canadian Journal of Psychiatry, 61*(3), 166-175. https://doi.org/10.1177/0706743715625953

42. Leerkes, E. M., Supple, A. J., O'Brien, M. O., Calkins, S. D., Haltigan, J. D., Wong, M. S., & Fortuna, K. (2015). Antecedents of maternal sensitivity to infant distress: Integrating attachment, social information processing, and psychobiological perspectives. *Child Development, 86*(1), 94-111. https://doi.org/10.1111/cdev.12288

43. Haltigan, J. D., & Roisman, G.I. (2015). Infant attachment insecurity and dissociative symptomatology: Findings from the NICHD study of early child care and youth development. *Infant Mental Health Journal, 36*(1), 30-41. https://doi.org/10.1002/imhj.21479

44. Haltigan, J. D., & Vaillancourt, T. (2014). Joint trajectories of bullying and peer victimization across elementary and middle school and associations with symptoms of psychopathology. *Developmental Psychology, 50*(11), 2426-2436. https://doi.org/10.1037/a0038030

45. Wang, W., Vaillancourt, T., Brittain, H. L., McDougall, P., Krygsman, A., Smith, D., Cunningham, C. E., Haltigan, J. D., & Hymel, S. (2014). School climate, peer victimization, and academic achievement: Results from a multi-informant study. *School Psychology Quarterly, 29*(3), 360-377. https://doi.org/10.1037/spq0000084

46. Haltigan, J. D., Roisman, G. I., & Haydon, K. C. (2014). The latent structure of the Adult Attachment Interview: Exploratory and confirmatory evidence. In C. Booth-LaForce & G.I. Roisman (Eds.), The Adult Attachment Interview: Psychometrics, stability and change from infancy, and developmental origins in the NICHD Study of Early Child Care and Youth Development. *Monographs of the Society for Research in Child Development, 79*(3), 15-35. https://doi.org/10.1111/mono.12111

47. Roisman, G. I., Haltigan, J. D., Haydon, K. C., & Booth-LaForce, C. (2014). Earned-security in retrospect: Depressive symptoms, family stress, and maternal and paternal sensitivity from early childhood to mid-adolescence. In C. Booth-LaForce & G.I. Roisman (Eds.), The Adult Attachment Interview: Psychometrics, stability and change from infancy, and developmental origins in the NICHD Study of Early Child Care and Youth Development. *Monographs of the Society for Research in Child Development, 79*(3), 85-107. https://doi.org/10.1111/mono.12115

48. Haltigan, J. D., Leerkes, E. L., Supple, A. J., & Calkins, S. D. (2014). Infant negative affect and maternal interactive behavior during the still-face procedure: The moderating role of adult attachment state of mind. *Attachment and Human Development, 16*(2), 149-173. https://doi.org/10.1080/14616734.2013.863734

49. Esposito, G., del Carmen, M. R., Venuti, P., Haltigan, J. D., & Messinger, D. S. (2014). Atypical expression of distress during the separation phase of the strange situation procedure in infant siblings at high risk for ASD. *Journal of Autism and Developmental Disorders, 44*(4), 975-980. https://doi.org/10.1007/s10803-013-1940-6

50. Haltigan, J. D., Leerkes, E. L., Wong, M., Fortuna, K., Roisman, G. I., O'Brien, M., Supple, A., Calkins, S. D., and Plamondon, A. (2014). Adult attachment states of mind: Measurement invariance across ethnicity and associations with maternal sensitivity. *Child Development, 85*(3), 1019-1035. https://doi.org/10.1111/cdev.12180

51. Ekas, N. V., Haltigan, J. D., & Messinger, D. M. (2013). The dynamic still-face effect: Do infants decrease bidding over time when parents are not responsive? *Developmental Psychology, 49*(6), 1027-1035. https://doi.org/10.1037/a0029330

52. Haltigan, J. D., Roisman, G. I., & Fraley, R. C. (2013). The predictive significance of early caregiving experiences for symptoms of psychopathology through mid-adolescence: Enduring or transient effects? *Development and Psychopathology*, *25*(1), 209-221. https://doi.org/10.1017/S0954579412000260

53. Belt, R. H., Kouvo, A. K., Flykt, M., Punamäki, R., Haltigan, J. D., Biringen, Z., & Tamminen, T. (2013). Intercepting the intergenerational cycle of maternal trauma and loss through mother-infant psychotherapy: A case study using attachment-derived methods. *Clinical Child Psychology and Psychiatry, 18*(1), 100-120. https://doi.org/10.1177/1359104512444116

54. Fraley, R. C., Roisman, G. I., & Haltigan, J. D. (2013). The legacy of early experiences in development: Formalizing alternative models of how early experiences are carried forward over time. *Developmental Psychology, 49*(1), 109-126. https://doi.org/10.1037/a0027852

55. Haltigan, J. D., Leerkes, E. M., Burney, R. V., O'Brien, M., Supple, A. J., & Calkins, S. D. (2012). The infant crying questionnaire: Initial factor structure and validation. *Infant Behavior & Development, 35*(4), 876-883. https://doi.org/10.1016/j.infbeh.2012.06.001

56. Roisman, G. I., Newman, D. A., Fraley, R. C., Haltigan, J. D., Groh, A. M., & Haydon, K. C. (2012). Distinguishing differential susceptibility from diathesis-stress. *Development and Psychopathology, 24*(2), 389-409. https://doi.org/10.1017/S0954579412000065

57. Haltigan, J. D., Lambert, B. L., Seifer, R., Ekas, N. V., Bauer, C. R., & Messinger, D. S. (2012). Security of attachment and quality of mother-toddler social interaction in a high-risk sample. *Infant Behavior & Development, 35*(1), 83-93. https://doi.org/10.1016/j.infbeh.2011.09.002

58. Luijk, M. P. C. M., Roisman, G. I., Haltigan, J. D., Tiemeier, H., Booth-LaForce, C., van IJzendoorn, M. H., Belsky, J., Uitterlinden, A. G.,  Jaddoe, V. W. V., Hofman, A., Verhulst, F. C., Tharner, A., & Bakermans-Kranenburg, M. J. (2011). Dopaminergic, serotonergic, and oxytonergic candidate genes associated with infant attachment security and disorganization? In search of main effects and GxE interactions. *Journal of Child Psychology and Psychiatry, 52*(12), 1295-1307. https://doi.org/10.1111/j.1469-7610.2011.02440.x

59. Haltigan, J. D., Roisman, G. I., Susman, E. J., Barnett-Walker, K., Monahan, K., & The National Institute of Child Health and Human Development Early Child Care Research Network (2011). Elevated trajectories of externalizing problems are associated with lower awakening cortisol levels in mid-adolescence. *Developmental Psychology, 47*(2), 472-478. https://doi.org/10.1037/a0021911

60. Haltigan, J. D., Ekas, N. V., Seifer, R., & Messinger, D. S. (2011). Brief report: Attachment security in infants at-risk for autism spectrum disorders. *Journal of Autism and Developmental Disorders, 41*(7), 962-967. https://doi.org/10.1007/s10803-010-1107-7

61. Behrens, K., Parker, A. C., & Haltigan, J. D. (2011). Maternal sensitivity assessed during the strange situation procedure predicts children's reunion behaviors. *Infant Behavior and Development, 34*(2), 378-381. https://doi.org/10.1016/j.infbeh.2011.02.007

62. Baker, J. K., Haltigan, J. D., Brewster, R., Jaccard, J. J., & Messinger, D. S. (2010). Non-expert ratings of infant and parent emotion: Concordance with expert coding and relevance to early autism risk. *International Journal of Behavioral Development, 34*(1), 88-95. https://doi.org/10.1177/0165025409350365

63. Chow, S-M., Haltigan, J. D., & Messinger, D. S. (2010). Dynamic infant-parent affect coupling during the face-to-face and still-face paradigm: Inter- and intra-dyad differences. *Emotion, 10*(1), 101-114. https://doi.org/10.1037/a0017824

64. Cassel, T., Messinger, D., Ibanez, L., Haltigan, J.D., Buchman, A., & Acosta, S. (2007). Early social and emotional communication in the infant siblings of children with autism spectrum disorders: An examination of the broad phenotype. *Journal of Autism and Developmental Disabilities, 37*(1), 122-132. https://doi.org/10.1007/s10803-006-0337-1

65. Schober, J., Lipman, R., Haltigan, J. D., & Kuhn, P. J. (2004). The impact of monosymptomatic enuresis on attachment parameters. *Scandinavian Journal of Urology and Nephrology, 38*(1), 47-52. https://doi.org/10.1080/00365590310001665

66. Gamble, T. J., Sonnenberg, S., Haltigan, J. D., & Cuzzola-Kern, A. (2002). Detention screening: Prospects for population management and the examination of disproportionality by race, age, and gender. *Criminal Justice Policy Review, 13*(4), 380-395. https://doi.org/10.1177/088740302237805

**B. Manuscripts Under Review and in Preparation (<u>bold font denotes research mentee</u>).**

67. Michelini, G., Carlisi, C. O., Eaton, N. R., Haltigan, J. D., Krueger, R. F., Kotov, R.,…et al. (under review). Where are neurodevelopmental symptoms in transdiagnostic frameworks of psychiatric conditions? Incorporating a new neurodevelopmental spectrum.

68. Stewart, L. C., Asadi, S., Rodriguez-Seijas, C., Wilson, S., Kotov, R., Cicero, D., Haltigan, J. D. & Olino, T. M. (under review). Measurement invariance of the child behavior checklist (CBCL) across race/ethnicity and sex in the ABCD Study.

69. Haltigan, J. D., Duriseti, R., & Colyvas, K. (in prep). Generalizability Theory and the COVID-19 mask dialectic: Why mask mandates lack empirical justification.

70. Haltigan, J. D., **Gheorghiu, D.**, and members of the HiTOP consortium (in prep). Conceptual and empirical review of the multidimensional structure of the Obsessive-Compulsive Disorder (OCD) clinical phenotype: Implications for an OCD spectrum.

71. DeYoung, C., Latzman, R. D., Grazioplene, Haltigan, J. D…et al. (revised & resubmitted). The Hierarchical Taxonomy of Psychopathology (HiTOP) and the search for neurobiological substrates of mental illness. *The American Journal of Psychiatry*.

72. Haltigan, J.D., **Bi, M., Proulx, S., Anjali, & Gheorghiu, D.** (in prep). Differences in Sensitivity to Environmental Context Depending on Parasympathetic Vagal Functioning: Conceptual Review and Meta-Analysis.

73. Jacobs, G. A., Haltigan, J. D., Ameis, S. A., & Voineskos, A. V. (under review). Bifactor models of psychopathology using multi-informant and multi-instrument dimensional measures in a population-based sample of children from the ABCD study.

74. Haltigan, J. D., Del Giudice, M., et al. (in prep). Identifying functional subtypes within ASD, ADHD, and OCD diagnostic categories: A preliminary evaluation of the FSD life history model of psychopathology.

75. Haltigan, J. D., **Khorsand, S.**, Mills-Koonce, R., and Lyons-Ruth, K. (in prep). Infant attachment behavior in maternal context: A dyadic mixture modeling approach to the patterning of attachment behavior.

**C. Book Chapter.**

1. Messinger, D.S., Mahoor, M.H., Chow, S-M., Haltigan, J.D., Cadavid, S., & Cohn, J.F. (2010). Early emotional communication: Novel approaches to interaction. In J. Gratch & S. Marsella (Eds.), *Social emotions in nature and artifact: Emotions in human and human-computer interaction (Vol. 14)*. New York: Oxford University Press.

**D. Training Manuals**.

1. Madigan, S., Bronfman, E., Haltigan, J. D., & Lyons-Ruth, K. (2018). The Atypical Behavior Instrument for Assessment and Classification - Brief (AMBIANCE-Brief) University of Calgary, Calgary Alberta Canada.

**CONFERENCE PRESENTATIONS (bold font denotes mentee).**

1. Haltigan, J. D. (2021). Symposium discussant. <u>Attaining greater insight into determinants of parent-child attachment: One (conceptual) model does not fit all</u>. Paper symposium to be presented at the 2021 virtual biennial conference of the Society for Research in Child Development (SRCD).

2. Haltigan, J. D., Henderson, J., Ameis, S. H., Skilling, T., Andrade, B., Cleverley, K., Courtney, D. B., Foussias, G., Szatmari, P., & Voineskos, A. N. <u>Associations of childhood adversity with psychiatric symptoms in adolescence: Towards a fully dimensional framework</u>. In N. Kozloff (chair), Thinking Outside the Box: Broadening Perspectives to Improve Research, Diagnosis and Treatment of Youth with Mental Illness. Paper to be presented at the American Academy of Child & Adolescent Psychiatry 66th Annual Meeting, Chicago, October 14-19, 2019.

3. Haltigan, J. D., **Khorsand, S.**, & Lyons-Ruth, K. L. R. (2019). <u>Patterning of maternal and infant attachment behavior among unclassifiable infants: An exploratory investigation</u>. Paper presented at the Society for Emotion and Attachment Studies (SEAS) preconference at the 2019 Society for Research in Child Development (SRCD) biennial meeting. Baltimore, MD.

4. Madigan, S. M., Haltigan, J. D., Cooke, J., Eirich, R., Bronfman, E., Racine, N., Bailey, H., Borland-Kerr, C., Plamondon, A., Tarabulsy, G., Cyr, C., Mills-Koonce, R., & Lyons-Ruth, K. (2018). <u>Validation of the AMBIANCE parent-child observational assessment tool for use in applied settings with families at high social risk</u>. In S. Madigan (chair), Bridging the knowledge to practice gap: Implementing and validating attachment measures for use in community agencies. Paper presented at the 16th World Association for Infant Mental Health (WAIMH) World Congress, Rome, Italy.

5. Martin, K.B., Prince, E.B., Haltigan, J.D., Ekas, N., & Messinger, D.S. <u>Insecure-resistant attachment classification (and behaviors) in infants later diagnosed with autism spectrum disorder</u>. Poster presented at the 2017 International Meeting for Autism Research, San Francisco, California, USA.

6. Haltigan, J. D., Bronfman, E., Madigan, S., Bailey, H., Kerr, C., & Lyons-Ruth, K. (2017). <u>Refining the assessment of disrupted maternal communication: Using item response models to identify central maternal behaviors</u>. Individual poster presentation presented at the 2017 Society for Research in Child Development (SRCD) biennial meeting. Austin, TX.

7.  Haltigan, J. D., & Vaillancourt, T. (2017). <u>The influence of intrapersonal factors on peer victimization through emerging adulthood: A latent transition analysis</u>. In M. Brendgen (chair), Moderating factors of the link between childhood peer victimization and adjustment in young adulthood. Paper presented at the 2017 Society for Research in Child Development (SRCD) biennial meeting. Austin, TX.

8.  Martin, K., Haltigan, J. D., Ekas, N., Prince, E., & Messinger, D. M. (2017). <u>Attachment security differs by autism spectrum disorder diagnosis: A prospective study</u>. Poster presented at the 2017 Society for Research in Child Development (SRCD) biennial meeting. Austin, TX.

9.  Vaillancourt, T. V., & Haltigan, J. D. (2016). <u>Joint trajectories of depression and perfectionism across adolescence and childhood risk factors</u>. Paper presented at the 2016 International Association for Child and Adolescent Psychiatry and Allied Professions World Congress and Canadian Academy of Child and Adolescent Psychiatry (IACAPAP), Calgary, Alberta, Canada.

10. Haltigan, J. D., & Vaillancourt, T. V. (2015). <u>Identifying trajectories of borderline personality features in early adolescence: Antecedent and interactive risk factors</u>. Poster presented at The Canadian Psychological Association's 76th Annual Convention. Ottawa, Ontario, Canada.

11. Haltigan, J. D., & Vaillancourt, T. V. (2015). <u>Peer victimization: Subtypes or severity?</u> In T. Daniels (chair), Longitudinal approaches to examining peer victimization: What are the risk and protective factors and where do we go from here? Paper presented at the 2015 Society for Research in Child Development (SRCD) biennial meeting. Philadelphia, PA.

12. Martin, K., Zambrana, K., Haltigan, J. D., Rongfang, J., Beebe, B., Messinger, D. M. (2015). <u>More is not always better: Gaze patterns and later attachment security.</u> Poster presented at the 2015 Society for Research in Child Development (SRCD) biennial meeting. Philadelphia, PA.

13. Haltigan, J. D., & Vaillancourt, T. V. (2014). <u>Childhood developmental and mental health antecedents of trajectories of borderline personality disorder</u>. New Research Poster selected for presentation at the American Academy of Child and Adolescent Psychiatry's 61st Annual Meeting, San Diego, CA.

14. Haltigan, J. D., & Vaillancourt, T. V. (2014). <u>Developmental trajectories of bullying and peer victimization across elementary and middle school and associations with symptoms of psychopathology</u>. In G. Steffgen (chair), Bullying and aggression. Paper presented at the 21st World Meeting of the International Society for Research on Aggression, Atlanta, GA.

15. Wang, W., Brittain, H. L., Haltigan, J. D., & Vaillancourt, T. (2014). <u>The influence of school transition experiences on peer victimization and bullying perpetration</u>. Poster presented at the 21st World Meeting of the International Society for Research on Aggression, Atlanta, GA.

16. Wang, W., Vaillancourt, T., Brittain, H. L., McDougall, P., Krygsman, A., Smith, D., Cunningham, C. E., Haltigan, J. D., & Hymel, S. (2014). <u>School climate, peer victimization, and academic achievement: Results from a multi-informant study</u>. In W. Wang and T. Vaillancourt (chairs), School climate and bullying. Paper presented at the 21st World Meeting of the International Society for Research on Aggression, Atlanta, GA.

17. Leerkes, E. M., Haltigan, J. D., Wong, M. S., Fortuna, K. S., O'Brien, M., Calkins, S., & Supple, A. (2013). <u>A psychobiological model of the origins of maternal sensitivity to distress.</u> In J. Mesman (chair), Maternal sensitivity: New insights on its antecedents, outcomes, and cross-cultural relevance. Paper presented to the Society for Research in Child Development (SRCD) Biennial Meeting, Seattle, WA.

18. Haltigan, J. D., Leerkes, E. M., et al. (2013). <u>The latent structure of adult attachment: Confirmatory replication, measurement invariance, and relations to maternal sensitivity.</u> In J. D. Haltigan (chair), Associations between parental representations of past attachment experiences and caregiver sensitivity: New analytic approaches and new insights. Paper presented to the Society for Research in Child Development (SRCD) Biennial Meeting, Seattle, WA.

19. Haltigan, J. D., Leerkes, E. M., et al. (2013). <u>The three-factor structure of adult attachment: Measurement invariance and evidence for ethnic differences in passive, loss-related phenomenon.</u> Poster presented to the Society for Research in Child Development (SRCD) Biennial Meeting, Seattle, WA.

20. Haltigan, J. D., & Leerkes, E. M. (2012). <u>Self-reports of adult attachment and mothers' cognitive and emotional responses to distress.</u> In J. D. Haltigan (chair), The multiple determinants of parenting revisited: Adult attachment, the Big 5, and child temperament. Paper presented to the International Society on Infant Studies (ISIS) Biennial Meeting, Minneapolis, MN.

21. Ekas, N. V., Haltigan, J. D., & Messinger, D. M. (2012). <u>The dynamic still-face effect: Do infants decrease bidding over time when parents are not responsive?</u> In D. Messinger (chair), Early temporal dynamics of self-organization and interaction: New research approaches. Paper presented to the International Society on Infant Studies (ISIS) Biennial Meeting, Minneapolis, MN.

22. Leerkes, E. M., Haltigan, J. D., Wong, M., & Fortuna, K. (2012). <u>Pregnant women's physiological, emotional, and cognitive responses to infant crying vary based on their adult attachment status.</u> In A. M. Groh (chair), Mediators and moderators of maternal sensitivity: The role of physiological, neurobiological, and behavioral responding to distress. Paper presented to the International Society on Infant Studies (ISIS) Biennial Meeting, Minneapolis, MN.

23. Behrens, K., Parker, A. C., & Haltigan, J. D. (2012). <u>Maternal behavior during the Strange Situation Procedure predicts children's reunion behaviors and quality of attachment.</u> Poster presented to the International Society on Infant Studies (ISIS) Biennial Meeting, Minneapolis, MN.

24. Haltigan, J. D., Roisman, G. I., & Fraley, R. C. (2011). <u>The predictive significance of early caregiving experiences for externalizing and internalizing symptomatology through age 15.</u> Poster presented to the Society for Research in Child Development (SRCD) Biennial Meeting, Montreal, Quebec, Canada.

25. Haltigan, J. D., Roisman, G. I., Susman, E. J., Barnett-Walker, K., Monahan, K., & The National Institute of Child Health and Human Development Early Child Care Research Network. (2011). <u>Elevated trajectories of externalizing problems are associated with lower awakening cortisol levels in mid-adolescence</u>. Poster presented to the Society for Research in Child Development (SRCD) Biennial Meeting, Montreal, Quebec, Canada.

26. Haltigan, J. D., Roisman, G. I., & Fraley, R. C. (2011). <u>The predictive significance of early caregiving experiences for symptoms of psychopathology through mid-adolescence: Enduring or transient effects.</u> Poster presented to the inaugural University of Illinois at Urbana-Champaign postdoctoral research symposium at the Beckman Institute.

27. Belt, R. V., Kouvo, A., Flykt, M., Punamäki, R., Haltigan, J. D., & Tamminen, T. (2010). <u>Does an early intervention prevent disturbance in mother-infant relationship after maternal experiences of traumatic loss?  Integrating the AAI, Strange Situation, and Emotional Availability methods in a case of mother-infant psychotherapy.</u> Poster presented to the 12th World Congress of the World Association for Infant Mental Health, Leipzig, Germany.

28. Ekas, N. V., Haltigan, J. D., Gealy, W., & Messinger, D. (2009). <u>Early interaction between infants at-risk for autism spectrum disorder and their mothers</u>. Poster presented to the International Conference for Infant Studies (ICIS), Baltimore, MD.

29. Baker, J. K., Haltigan, J. D., Brewster, R., Jaccard, J., & Messinger, D. (2009). <u>Non-expert ratings of parent and infant emotion: Concordance with expert ratings and relevance to early autism risk.</u> Hot Topic paper presented to the International Society for Research in Emotions (ISRE), Leuven, Belgium.

30. Messinger, D. S., Mahoor, M., Cadavid, S., Kimijima, M., Haltigan, J.D., & Cohn, J. (2009). <u>The role of eye constriction in positive and negative infant emotional expressions</u>. Hot Topic paper presented to the International Society for Research in Emotion (ISRE), Leuven, Belgium.

31. Haltigan, J. D., Seifer, R., Chan, S., Gealy, W., & Messinger, D. (2009). <u>Parental sensitivity and attachment security in infants at risk for autism spectrum disorders (ASDs)</u>. Poster presented to the Society for Research in Child Development (SRCD) Biennial Meeting, Denver, CO.

32. Kelley, K. M., Ibanez, L., Haltigan, J. D., Acosta, S., McDonald, N., Grantz, C., Brewster, R., & Messinger, D. (2008). <u>Sibling studies measuring infant learning and emotion: A longitudinal study of infants at-risk for autism spectrum disorder</u>. Poster presented to the annual meeting of the Marino Autism Research Institute (MARI), Nashville, TN.

33. Mc Donald, N., Haltigan, J.D., Kelley, K., & Messinger, D. (2008). <u>Empathic responding and attachment security in young children at-risk for an autism spectrum disorder (ASD)</u>. Poster presented to the International Meeting for Autism Research (IMFAR), London, England.

34. Messinger, D., Cassel, T., Ibanez, L. Haltigan, J. D., Acosta, S. & Kelley, K. (2008). <u>Emotion, attention, and joint attention in infants at-risk for autism</u>. Paper presented to the International Meeting for Autism Research (IMFAR), London, England.

35. Messinger, D., Cassel, T., Ibanez, L., Haltigan, J. D., Acosta, S. & Kelley, K. (2008) <u>Early attention shifting and joint attention deficits in infants at-risk for autism</u>. Poster presented to the International Society for Infant Studies (ISIS), Vancouver, British Columbia, Canada.

36. Haltigan, J.D., Messinger, D.S., Chow, Sy-Miin, Jaccard, J., and Wang, T. (2007). <u>Continuous emotion ratings of infants at risk for autism and their parents</u>. Poster presented to the Association for Psychological Science (APS), Washington, D.C.

37. Haltigan, J. D., Messinger, D. S., Sy-Miin, C., Jaccard, J., and Wang, T. (2007). <u>Continuous measurement of infant and parent emotional valence in the face-to-face still-face paradigm: Infants at-risk for autism</u>. Poster presented to the International Meeting for Autism Research (IMFAR), Seattle, WA.

38. Haltigan, J. D., Messinger, D. S., Chow, Sy-Miin, & and Jaccard, J. (2007). <u>Exploring interactive infant-mother communication using continuous rating software (CRS)</u>. Poster presented to the Society for Research in Child Development (SRCD), Boston, MA.

39. Messinger, D. S., Cassell, T., Ibanez, L., Haltigan, J. D., and Acosta, S. (2007). <u>Early social and emotional communication in infant siblings of children with autism spectrum disorders</u>. Paper presented to the Society for Research in Child Development (SRCD), Boston, MA.

40. Messinger, D., Cassel, T. D., Ibanez, L. V., Haltigan, J. D., Acosta, S., and Buchman, A. (2006). <u>Early social and emotional communication in the infant siblings of children with autism spectrum disorder: An examination of the broad phenotype</u>. Poster presented to the International Conference on Infant Studies (ICIS), Kyoto, Japan.

41. Haltigan, J. D., Messinger, D., Chow, S., Linick, J., Wang, T., & Jaccard, J. (2006). <u>Time-based measurement of interaction emotion using non-expert observers.</u> Poster presented to the International Society for Research on Emotions (ISRE), Atlanta, GA.

42. Haltigan, J. D., Messinger, D., Chow, S., Linick, J., Wang, T., & Jaccard, J. (2006). <u>Emotion ratings from continuous rating software: Reliability, validity, and applicability</u>. Poster presented to the Association for Psychological Science (APS), New York, NY.

43. Cassel, T., Messinger, D., Acosta, S., Haltigan, J. D., & Linick, J. (2005). <u>Emotional deficits in infants with siblings with autism spectrum disorders</u>. Poster presented to the American Psychological Association (APA), Washington, D.C.

44. Messinger, D. S., Haltigan, J. D., Hu, Changbo, Venezia, M., Hamilton, L., Cohn, J. F. (2005). <u>Interactive influence in mutual smiling</u>. Paper presented to the Society for Research in Child Development (SRCD), Atlanta, GA.

45. Messinger, D. S., Chow, S. M., Koterba, S.Hu, C., Haltigan, J. D., Wang, T., & Cohn, J. F. (2005). <u>Smile and emotion dynamics in infant-mother interaction</u>. Paper presented to the International Society for Research in Emotion (ISRE), Bari, Italy.

46. Schober, J., Lipman, R., Haltigan, J. D., & Kuhn, P. J. (2003). <u>The impact of monosymptomatic enuresis on attachment parameters</u>. Paper presented to the European Society of Pediatric Urology, Madrid, Spain.

**EDITORIAL ACTIVITIES:**

*Attachment and Human Development*: International Advisory Board (1/2014-current)
*Journal of the Canadian Academy of Child and Adolescent Psychiatry:* Associate Editor

**AD HOC REVIEWS (SELECTED):**

*Aggressive Behavior, Assessment, Attachment and Human Development, Autism, Biological Psychiatry, British Journal of Developmental Psychology, Canadian Journal of Behavioural Science, Child Development, Child Development Perspectives, Clinical Child Psychology & Psychiatry, Clinical Psychological Science, Criminal Justice and Behavior, Developmental Psychology, Development and Psychopathology, Developmental Science, Evolutionary Behavioral Sciences, Journal of Autism and Developmental Disorders, Journal of Child Psychology and Psychiatry, Infancy, Infant Behavior & Development, Infant Mental Health Journal, Molecular Autism, OpenPsych, Personal Relationships, Psychological Bulletin, Psychoneuroendocrinology, Research in Autism Spectrum Disorders, SAGE Open, Society for Research in Child Development Biennial Meeting, The Journal of the American Academy of Child and Adolescent Psychiatry, The Canadian Journal of Psychiatry*

**TEACHING:**

<u>University of Ottawa</u>

| | |
|---|---|
| 2016 | Instructor: PSY 3102C: Interpersonal Relationships<br>Designed and lead all classes<br>Student Evaluation of Teaching (range 1-5): *Mean* = 4.1, *SD* = .3 |
| 2014 | Instructor: PSY 3173A: Forensic Psychology<br>Designed and led all classes<br>Student Evaluation of Teaching (range 1-5): *Mean* = 4.2, *SD* = .3 |

University of Miami

| | |
|---|---|
| 2006 | Instructor: PSY 202K: Introduction to Psychobiology (Fall)<br>Designed and led all classes<br>Student Evaluation of Teaching (range 1-5): *Mean* = 4.5, *SD* = .2 |

Vermont State University at Castleton

| | |
|---|---|
| 2001 | Teaching Assistant: PSY 208: *Abnormal Psychology* (Spring)<br>Graded all written assignments and exams |
| | Teaching Assistant: PSY 305: *Child Psychopathology* (Spring)<br>Graded all written assignments and exams |
| 2000 | Instructor: MAT 117: *Introduction to Computers* (Spring)<br>Designed and led all classes |
| | Co-Instructor: PSY 1010: *Introduction to Psychology* (Fall)<br>Designed and led classes; graded written assignments and exams |

**MENTORSHIP**:

University of Toronto/Centre for Addiction and Mental Health

| | |
|---|---|
| 2018-2022 | Soha Khorsand, B.MSc., University of Western Ontario<br>Niloofar Izadivahedi, Psychiatry Resident, University of Toronto<br>Dan Gheorghiu, B.Sc. Hons. Psychology, M.Sc. Biology, York University<br>Spencer Proulx, B.MSc., University of Western Ontario<br>Michelle Bi, B.Sc., University of Western Ontario<br>Anjali, B. A. Psychology, University of British Columbia, Vancouver<br>Gayathiri Rajkumar, Medical Sciences Stream, Honors Specialization in Biology, University of Western Ontario<br>Lauren Saurette, George Brown College; Ryerson University, Disability Studies<br>Ali Dhalla, B.Sc., University of Western Ontario<br>Mahima Tirunelveli Santhakumar, B.Sc Hons. (Psych). University of Toronto<br>Sanjana Raja Rao Nagaraj, B.Sc Hons. Toronto Metropolitan University<br>Ana Paula Mendes Silva, Ph.D., Post-doctoral fellow, CAMH (CAMH Research Training Mentorship Program)<br>Ayesha Rashidi, MSc., University of Toronto (Ph.D. advisory committee member)<br>Connor Burke, B.S., Northeastern University |

University of Illinois at Urbana-Champaign

| | |
|---|---|
| 2010-2011 | Supervisor: PSYCH 290: Adult Attachment Transcription Team. Coordinated large team of undergraduate assistants; facilitated weekly seminar on relevant literature and research scholarship. (Fall and Spring) |

University of Miami

| | |
|---|---|
| 2007 | Supervised Psychology Honors Student:<br>*"Continuous Measurement of Perceived Emotion in Infants At-Risk for Autism."*<br>Stephanie Beckel |
| 2007 | Co-supervised Psychology Honors Student:<br>*"Temperament in the Infant Siblings of Children with an Autism Spectrum Disorder"*<br>Cristina Fernandez |
| 2006 | Supervised Psychology Honors Student:<br>"*Continuous Ratings of Infant and Parent Emotional Valence*"<br>Jessica Linick |
| 2005 | Supervised Psychology Honors Student:<br>*"Computer Vision and Undergraduate Ratings of Infant and Mother Smiles."*<br>Jessica Gaby |

## LECTURES AND INVITED TALKS:

University of Toronto, Department of Psychiatry

| | |
|---|---|
| 2021-2023 | *Attachment Theory in Psychiatry and Medicine*<br>PGY1 Core Lecture Series |

Centre for Addiction and Mental Health and The Hospital for Sick Children

| | |
|---|---|
| 2021-2022 | *Differences in Sensitivity to Environmental Quality Depending on Parasympathetic Vagal Functioning: Conceptual Review and Meta-Analysis*<br>CAMH Research Trainee Seminar Series |
| 2019 | *A Common Quantitative Framework for Child & Adolescent Mental Illness.*<br>University of Toronto, Department of Psychiatry, Harvey Stancer Research Day |
| 2019 | *The Promise of Empirical Assessment of Psychopathology and Mental Illness.*<br>CAMH Child and Youth Grand Rounds |
| 2018 | *The General Psychopathology Factor: Identification and Significance.*<br>McCain Centre Rounds |
| 2016 | *Refining the Assessment of Disrupted Maternal Communication: Using Item Response Models to Identify Central Maternal Behaviors.*<br>McCain Centre Rounds |

University of North Carolina at Greensboro

| | |
|---|---|
| 2011 | *Heterogeneity in Infant Attachment Disorganization: In Search of Developmental Antecedents and Correlates.*<br>Graduate Colloquium Series (Fall) |

University of Illinois at Urbana-Champaign

2011          *Early Experience, Intraindividual Risk, and Developmental Psychopathology.*
              Brown-Bag Colloquium (Spring)

**MEDIA EXPOSURE**

*Social media as an incubator of personality & behavioral Psychopathology: Symptom and disorder authenticity or psychosomatic social contagion?*
-March 2, 2023
The Ben Domenech Podcast (FOX News Radio), interviewed by Ben Domenech regarding the above-titled published manuscript in *Comprehensive Psychiatry* and my work in child & adolescent mental health.
-January 23, 2023
Newsmax, appeared on Rob Schmitt Tonight to discuss published manuscript in *Comprehensive Psychiatry*
-January 19, 2023
Published manuscript in *Comprehensive Psychiatry* was covered by The Daily Wire
-January 8, 2023
Published manuscript in *Comprehensive Psychiatry* was covered by The Guardian, Australia.
https://www.theguardian.com/australia-news/2023/jan/09/urgent-need-to-understand-link-between-teens-self-diagnosing-disorders-and-social-media-use-experts-say
December 29, 2022
-Nautilus Magazine, interviewed by Brian Gallagher regarding the above-titled published manuscript in *Comprehensive Psychiatry* and my work in child & adolescent mental health.
*Right Ideas: Philip Rieff*
-December 12, 2022
The National Association of Scholars (NAS), participated as a panelist in this live-streamed webinar discussing the work of sociologist and cultural critic Philip Rieff and his relevance to contemporary conservative thought.

**ADDITIONAL QUANTITATIVE AND METHODOLOGICAL TRAINING:**

Carolina Consortium on Human Development (2012)
          Causal Inference in Developmental Science Proseminar
          Chair: Patrick Curran, Ph.D.
          University of North Carolina at Chapel Hill

Adult Attachment Interview Coding Training (2008)
          Instructors: June Sroufe, Ph.D., & Sonia Gojman de Millan, Ph.D. (Certified, 2009)
          University of Minnesota, Institute of Child Development

Introduction to Hierarchical Linear Modeling (2007)
          Instructor: Nicholas D. Myers, Ph.D.
          University of Miami

Structural Equation Modeling (2006)
> Ancillary Coursework: Generalizability Theory & Measurement Reliability
> Instructor: Maria Llabre, Ph.D.
> University of Miami

Facial Action Coding System (2004)
> Instructor: Erika Rosenberg, Ph.D. (Certified, 2005)
> University of California, San Francisco

Early Social and Communication Scales Coding Training (2005)
> Instructor: Peter Mundy, Ph.D. (Certified, 2005)
> University of Miami

Strange Situation Infant Attachment Paradigm (2004)
> Instructors: L. Alan Sroufe Ph.D. and E. B. Carlson Ph.D. (Certified ABC, 2004)
> University of Minnesota, Institute of Child Development

## CLINICAL RESEARCH TRAINING:

University of Miami

Infant-Sibs Project (2004-2009)
> Trained in and conducted developmental and cognitive assessments, including the Mullen Scales of Early Learning, Bayley Scales of Infant and Toddler Development, and Wechsler Scales of Intelligence (WISC-IV, WPPSI-III)
> Supervisor: Dr. Kara Kelley, Psy. D.

## MEMBERSHIP HISTORY IN SCIENTIFIC AND PROFESSIONAL ORGANIZATIONS/CONSORTIUMS:

American Psychological Association (APA)
Association for Psychological Science (APS)
Canadian Psychological Association (CPA)
Heterodox Academy (Academic Member)
International Society for Psychoneuroendocrinology (ISPNE)
International Society for Research on Aggression (ISRA)
Society for Open Inquiry in Behavioral Science (SOIBS)
Society for Research in Child Development (SRCD)
Society for Research in Psychopathology (SRP)
The Hierarchical Taxonomy of Psychopathology (HiTOP) Consortium

## UNIVERSITY SERVICE AND VOLUNTEER ACTIVITIES:

Centre for Addiction and Mental Health

2019          Member: Psychosis Early Intervention and Prevention spectrum (PEIPs) Working Group
2018-Present  Member: YouthCan Impact Study Data and Safety Monitoring Board

<u>University of Toronto</u>

| | |
|---|---|
| 2022 | Mentor, CAMH Research Training Mentorship Program |
| 2021 | Invited Panelist, University of Toronto, Youth Support Network (YSN), Youth Mental Disorder Presentation Series |
| 2019 | Facilitator: Global Medical Student Partnership (GMSP) Child Health Discussion Session, University of Toronto Faculty of Medicine. |
| 2018-Present | Ad-hoc research advisor, Department of Psychiatry |
| 2018 | Reserve member, Admissions and Evaluation Subcommittee, Child and Adolescent Psychiatry (CAP) Subspecialty Program, Department of Psychiatry |

<u>University of Miami</u>

| | |
|---|---|
| 2021 | Graduate alumni panel member, Psychology Career Panel |
| 2008 | Graduate student committee, Developmental Faculty Search Team |
| 2006 | Counselor, Mini Canes recreational summer camp |