# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 5:23-cv-02437-EJD

Date case was first filed in U.S. District Court: 05/18/2023

Date of judgment or order you are appealing: 11/15/2024

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

John D. Haltigan

Is this a cross-appeal? ○ Yes  ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

555 Capitol Mall

Suite 1290

City: Sacramento    State: CA    Zip Code: 95814

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Wilson C. Freeman    **Date** Dec 13, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

John D. Haltigan

Name(s) of counsel (if any):

Joshua P. Thompson, Wilson C. Freeman

Address: 555 Capitol Mall, Ste 1290, Sacramento, CA 95814

Telephone number(s): (916) 419-7111

Email(s): jthompson@pacificlegal.org, wfreeman@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Michael V. Drake, in his official capacity as President of the University of California; Cynthia K. Larive, in her official capacity as Chancellor of UC Santa Cruz; Benjamin C. Storm, in his official capacity as Chair (see continuation page)

Name(s) of counsel (if any):

Bryan H. Heckenlively, Helen E. White, Jing Jin, John B. Major

Address: 560 Mission St., 27th Floor, San Francisco, California 94105

Telephone number(s): (213) 683-9100

Email(s): Bryan.Heckenlively@mto.com, Helen.White@mto.com (see con't page)

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Jack E. Brown

Address: 3100 Clarendon Blvd., Ste 1000 Arlington, Virginia 22201

Telephone number(s): (202) 888-6881

Email(s): jbrown@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⦿ No

**<u>Appellees</u>**

Name(s) of party/parties:

of the UC Santa Cruz Psychology Department; Katharyne Mitchell, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s): Jing.Jin@mto.com, John.Major@mto.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *Rev. 12/01/2018*