JOSHUA P. THOMPSON, No. 250955
Email: jthompson@pacificlegal.org
WILSON C. FREEMAN, Ariz. Bar. No. 036953*
Email: wfreeman@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JACK E. BROWN, Va. Bar No. 94680*
Email: jbrown@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*
**pro hac vice*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN D. HALTIGAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL V. DRAKE, in his official capacity as President of the University of California; CYNTHIA K. LARIVE, in her official capacity as Chancellor of UC Santa Cruz; BENJAMIN C. STORM, in his official capacity as Chair of the UC Santa Cruz Psychology Department; and KATHARYNE MITCHELL, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences,<br><br>Defendants. | No. 5:23-cv-02437-EJD<br><br>**MOTION TO DISMISS APPEAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Edward J. Davila |

Pursuant Fed. R. App. Proc. 42(a), Plaintiff moves to dismiss without prejudice the pending appeal to the 9th Circuit Court of Appeals. The appeal has not yet been docketed by the 9th Circuit. Plaintiff intends to file Notice of Intent to Rest on Complaint, and file a new appeal on the final judgment.

DATED: December 17, 2024.

                                                    Respectfully submitted,

                                                    JOSHUA P. THOMPSON
                                                    WILSON C. FREEMAN*
                                                    JACK E. BROWN*

                                                    By     /s/ Wilson C. Freeman
                                                                   WILSON C. FREEMAN*
                                                    *Attorneys for Plaintiff*

                                                   *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, Opposing Counsel received the foregoing MOTION TO DISMISS APPEAL via CM/ECF service.

By    /s/ Wilson C. Freeman
       WILSON C. FREEMAN

*Attorney for Plaintiff*