1  JOSHUA P. THOMPSON, No. 250955
   Email: jthompson@pacificlegal.org
2  WILSON C. FREEMAN, Ariz. Bar. No. 036953*
   Email: wfreeman@pacificlegal.org
3  Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
4  Sacramento, California 95814
   Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747

6  JACK E. BROWN, Va. Bar No. 94680*
   Email: jbrown@pacificlegal.org
7  Pacific Legal Foundation
   3100 Clarendon Boulevard, Suite 1000
8  Arlington, Virginia 22201
   Telephone: (202) 888-6881
9  Facsimile: (916) 419-7747

10 *Attorneys for Plaintiff*
   *\*pro hac vice*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN D. HALTIGAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL V. DRAKE, in his official capacity as President of the University of California; CYNTHIA K. LARIVE, in her official capacity as Chancellor of UC Santa Cruz; BENJAMIN C. STORM, in his official capacity as Chair of the UC Santa Cruz Psychology Department; and KATHARYNE MITCHELL, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences,<br><br>Defendants. | No. 5:23-cv-02437-EJD<br><br>**PLAINTIFF'S NOTICE OF INTENT TO REST ON SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Edward J. Davila |

1  Plaintiff respectfully submits this notice to inform the Court that they intend to rest on the Second Amended Complaint dismissed by the Court on November 15, 2024. (*See* Doc. 48). Plaintiff thus does not intend to file a Third Amended Complaint, though the Court dismissed the Complaint with leave to amend.

Where a case is dismissed with leave to amend, a plaintiff may file a notice of intent not to file an amended complaint. *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997) (quoting *Lopez v. City of Needles*, 95 F.3d 20 (9th Cir. 1996)). This gives the Court the opportunity to reconsider or, usually, to enter a final and appealable order of dismissal. *Id.* Plaintiff therefore requests that this Court enter a final Order that Plaintiff may appeal to the United States Court of Appeals for the Ninth Circuit.

DATED: December 17, 2024.

        Respectfully submitted,

        JOSHUA P. THOMPSON
        WILSON C. FREEMAN*
        JACK E. BROWN*

        By   /s/ Wilson C. Freeman
             WILSON C. FREEMAN*

*Attorneys for Plaintiff*

*pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, Opposing Counsel received the foregoing PLAINTIFF'S NOTICE OF INTENT TO REST ON SECOND AMENDED COMPLAINT via CM/ECF service.

By   /s/ Wilson C. Freeman
      WILSON C. FREEMAN

*Attorney for Plaintiff*