UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN D. HALTIGAN,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL V. DRAKE, et al.,<br><br>        Defendants. | Case No.   5:23-cv-02437-EJD<br><br>**JUDGMENT** |

On December 18, 2024, the Court dismissed this action following Plaintiff's failure to file an amended complaint. ECF No. 52. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS Judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 18, 2024

_____
EDWARD J. DAVILA
United States District Judge