| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUL 17 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN D. HALTIGAN,

    Plaintiff - Appellant,

v.

MICHAEL V. DRAKE; et al.,

    Defendants - Appellees.

No. 25-171

D.C. No. 5:23-cv-02437-EJD
Northern District of California, San Jose

ORDER

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The unopposed motion (Docket Entry No. 17) to dismiss this appeal as moot is granted. The district court's December 18, 2024 order and judgment are vacated. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950).

The joint motion (Docket Entry No. 18) to stay is denied as moot.

**DISMISSED.**