| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 8 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOHN D. HALTIGAN,

    Plaintiff - Appellant,

 v.

MICHAEL V. DRAKE; et al.,

    Defendants - Appellees.

No. 25-171

D.C. No. 5:23-cv-02437-EJD

Northern District of California, San Jose

MANDATE

The judgment of this Court, entered July 17, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT